1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

|  |  |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation, <br><br>    Plaintiff, <br><br>  vs. <br><br> FTR INTERNATIONAL, INC., a California corporation; NIZAR KATBI, an individual; NIZAR KATBI as Trustee of THE NIZAR AND NUHA KATBI FAMILY TRUST dated 12/22/94, <br><br><br>    Defendants. | Case No.: SACV 12-00513-CJC(ANx) <br><br><br><br><br> **TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE ISSUANCE OF PRELIMINARY INJUNCTION PENDING JUDGMENT** |

To Defendants, FTR International, Inc., ("FTR"), Nizar Katbi, ("Katbi") and The Nizar and Nuha Katbi Family Trust ("Katbi Trust," collectively, "Defendants"):

Based on the Complaint for Breach of Indemnity Agreements, Specific Performance of Indemnity Agreements and Liberty Mutual Insurance Company's

("Liberty") ex parte application for a Temporary Restraining Order and Order to Show Cause re Preliminary Injunction, Memorandum of Points and Authorities in Support of TRO and Preliminary Injunction, and supporting declarations and evidence:

YOU AND EACH OF YOU ARE HEREBY ORDERED TO SHOW CAUSE at 9:00 a.m. on April 25, 2012, in Courtroom 9B the above-entitled court, located at 411 W. Fourth Street, Santa Ana, CA, why you, your agents, servants, assigns an all those acting in concert with you, should not be:

Restrained and Enjoined, pending judgment in this action from,

(1)    transferring, disposing, concealing, secreting, or otherwise preventing Liberty from access to and an accounting of (a) all financial books and records of Defendants, including banking records and information, and (b) any and all bonded contract proceeds; and

(1)  Concealing or secreting the books, records and account information related to the Liberty-issued bonds, including but not limited to general ledgers, accounts payable reports, accounts receivable reports, tax return filings, check stock, bank records, financial statements, loan documents, leases, employee records, payroll records, and computers containing accounting software.

(2)    Altering or destroying any files, documents, books, records, accounts or information related to Liberty-bonded projects, including but not limited to (a) Port of Los Angeles Police Headquarters ("POLA"), Contract No. 2253; (b) Port of Long Beach Pier G Administration and Operations Building ("Pier G") Specification No. HD-S2222; (c) Los Angeles Community College District's Pierce College ("Pierce College") Contract No. 32913 and (d) Allied Health and Science Building Stop notice release Bond

re Hickman Mechanical ("Hickman") and (e) a California Contractor's License Bond ("License Bond") (collectively, "Bonds"); and

(3)   Transferring, disposing or concealing any trust funds (funds received from owners on bonded projects of Liberty) or other available assets, funds, bank accounts, assignments, rights that can be properly secured as collateral.

Defendants shall file a response to the Court's order to show cause no later than April 20, 2012. Plaintiff may file a reply no later than April 23, 2012.  Pending hearing on this Order to Show Cause, YOU AND EACH OF YOU ARE HEREBY RESTRAINED AND ENJOINED FROM:

(1)   transferring, disposing, concealing, secreting, or otherwise preventing Liberty from access to and an accounting of (a) all financial books and records of Defendants, including banking records and information, and (b) any and all bonded contract proceeds; and

(1)  Concealing or secreting the books, records and account information related to the Liberty-issued bonds, including but not limited to general ledgers, accounts payable reports, accounts receivable reports, tax return filings, check stock, bank records, financial statements, loan documents, leases, employee records, payroll records, and computers containing accounting software.

(2)   Altering or destroying any files, documents, books, records, accounts or information related to Liberty-bonded projects, including but not limited to (a) Port of Los Angeles Police Headquarters ("POLA"), Contract No. 2253; (b) Port of Long Beach Pier G Administration and Operations Building ("Pier G") Specification No. HD-S2222; (c) Los Angeles Community College District's Pierce College ("Pierce College")

Contract No. 32913 and (d) Allied Health and Science Building Stop notice release Bond re Hickman Mechanical ("Hickman") and (e) a California Contractor's License Bond ("License Bond") (collectively, "Bonds"); and

(3)   Transferring, disposing or concealing any trust funds (funds received from owners on bonded projects of Liberty) or other available assets, funds, bank accounts, assignments, rights that can be properly secured as collateral.

IT IS FURTHER ORDERED that this Order shall be personally served on Defendants. Service shall be initiated by April 12, 2012.

**IT IS SO ORDERED**, this 11th day of April 2012.

DATED:    April 11, 2012

_____

CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE