# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**FTR INTERNATIONAL, INC., a California corporation; NIZAR KATBI, an individual; NIZAR KATBI as Trustee of THE NIZAR AND NUHA KATBI FAMILY TRUST dated 12/22/94,**<br><br>    **Defendants.** | Case No.: SACV 12-00513-CJC(ANx)<br><br>**PRELIMINARY INJUNCTION** |

To Defendants FTR International, Inc. and Nizar Katbi as an individual and as trustee of the Nizar and Nuha Katbi Family Trust dated 12/22/94 (collectively, "Defendants"):

PENDING TRIAL on the claims of Liberty Mutual Insurance Company ("Liberty"), you and your officers, directors, agents, servants, employees, and those in active concert or participation with them, ARE HEREBY PRELIMINARILY ENJOINED from the following:

1. Transferring, disposing, concealing, secreting, or otherwise preventing Liberty from access to and an accounting of (a) all financial books and records of Defendants, including banking records and information, and (b) any and all bonded contract proceeds;

2. Concealing or secreting the books, records and account information related to the Liberty-issued bonds, including, but not limited to, general ledgers, accounts payable reports, accounts receivable reports, tax return filings, checks, stocks, bank records, financial statements, loan documents, leases, employee records, payroll records, and computers containing accounting software;

3. Altering or destroying any files, documents, books, records, accounts, or information related to Liberty-bonded projects, including, but not limited to, (a) Port of Los Angeles Police Headquarters, Contract No. 2253; (b) Port of Long Beach Pier G Administration and Operations Building Specification No. HD-S2222; (c) Los Angeles Community College District's Pierce College Contract No. 32913; (d) Allied Health and Science Building Stop notice release Bond re Hickman Mechanical; and (e) a California Contractor's License Bond; and

4. Transferring, disposing or concealing any trust funds (funds received from owners on bonded projects of Liberty) or other available assets, funds, bank accounts, assignments, or rights that can be properly secured as collateral.

This preliminary injunction shall be effective upon the posting by Liberty of an undertaking or bond in the sum of $5,000.

DATED:   April 25, 2012

_____

CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE