# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>FTR INTERNATIONAL, INC., NIZAR KATBI, an individual; and NIZAR KATBI as Trustee of the NIZAR AND NUHA KATBI FAMILY TRUST dated 1/22/94,<br><br>Defendants. | Case No.: SACV 12-00513-CJC(ANx)<br><br>JUDGMENT |

This matter came before the Court on Plaintiff Liberty Mutual Insurance Company's ("Liberty") motion for partial summary judgment against Defendants FTR International, Inc., Nizar Katbi as an individual, and Nizar Katbi as Trustee of the Nizar and Nuha Katbi Family Trust dated 1/22/94 ("Defendants"). (Dkt. No. 48.) On January 2, 2014, the Court, being fully advised, issued an Order finding Liberty entitled to partial summary judgment in its favor and against Defendants on its First Claim for Breach of

Contract — Indemnity Agreement, its Third Claim for Statutory Reimbursement, and its Fourth Claim for Money Paid. The Court hereby determines that there is no reason for delay and directs entry of this Judgment in accordance with its January 2, 2014 Order, as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff Liberty Mutual Insurance Company is entitled to judgment on its First Claim for Breach of Contract — Indemnity Agreement, its Third Claim for Statutory Reimbursement, and its Fourth Claim for Money Paid against Defendants, and each of them. Judgment is hereby entered in the amount of **$10,397,238.69** against Defendants, and each of them.

DATED:   January 2, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE