UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts Corporation,<br><br>              Plaintiff,<br><br>    v.<br><br>FTR INTERNATIONAL, INC., a California corporation; NIZAR KATBI, an individual; NIZAR KATBI as Trustee of THE NIZAR AND NUHA KATBI FAMILY TRUST dated 12/22/94; and DOE 1 through 10,<br><br>              Defendants. | Case No. SACV 12-00513-CJC(ANx)<br><br>**FINAL JUDGMENT**<br><br>Date of Judgment:  January 2, 2014<br><br>Pretrial Conf.:  April 28, 2014<br>Time:  3:00 p.m.<br><br>Trial Date:  May 6, 2014<br>Time:  9:00 a.m.<br>Judge:  Cormac J. Carney<br>Courtroom:  9B |

   Plaintiff Liberty Mutual Insurance Company's Motion for Partial Summary Judgment on its First Claim for Breach of Contract-Indemnity Agreement, its Third Claim of Action for Statutory Reimbursement, and its Fourth Claim for Money Paid came before the Honorable Cormac J. Carney presiding.  The evidence presented having been fully considered, the issues having been duly heard, on January 2, 2014, the Court rendered a decision granting the Motion in favor of Liberty Mutual Insurance Company.

/ / /

On January 10, 2013, Liberty Mutual Insurance Company requested that the Court dismiss the remaining causes of action against Defendants FTR International, Inc.; Nizar Katbi; Nizar Katbi as Trustee of The Nizar and Nuha Katbi Family Trust dated 12/22/94, and each of them.

On January 14, 2014, the Court dismissed the remaining causes of action against Defendants FTR International, Inc.; Nizar Katbi; Nizar Katbi as Trustee of The Nizar and Nuha Katbi Family Trust dated 12/22/94, and each of them.

The Court determines that there is no reason for delay and directs entry of this Judgment as follows:

IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED that the Judgment issued on January 2, 2014, stating that Liberty Mutual Insurance Company is entitled to Judgment on its First Claim for Breach of Contract-Indemnity Agreement, it Third Claim for Statutory Reimbursement, and its Fourth Claim for Money Paid against Defendants FTR International, Inc.; Nizar Katbi; Nizar Katbi as Trustee of The Nizar and Nuha Katbi Family Trust dated 12/22/94, and each of them, is full and final judgment of the above-captioned action. Judgment is hereby entered in the amount of **$10,397,238.69** against Defendants FTR International, Inc.; Nizar Katbi; Nizar Katbi as Trustee of The Nizar and Nuha Katbi Family Trust dated 12/22/94, and each of them.

DATED: 1/21/14

Honorable Cormac J. Carney
United States District Judge